IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZAEL PERALES,

        Plaintiff,                    No. CIV S-10-1793 FCD KJM PS

    vs.

COCHRAN LAW FIRM, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is proceeding in this action pro se. The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, although plaintiff's claims are difficult to discern from the 177 page complaint, it appears that plaintiff is making claims against a law firm located in Los Angeles and against a judge located in Anaheim. It appears that a substantial part of the events giving rise to plaintiff's claims occurred in the Central District of California. Therefore, plaintiff's

1  claim should have been filed in the United States District Court for the Central District of
2  California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong
3  district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932
4  (D.C. Cir. 1974).
5         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the Central District of California.
7  DATED:  July 22, 2010.

                                   _____
                                   U.S. MAGISTRATE JUDGE

9  006
   perales.tra

2